No. 702. RUBERT HERMANOS *v*. EL PUEBLO DE PUERTO RICO ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en mayo 29, 1911. Desestimada la apelación por ser inapelable la resolución apelada. Abogados de los promoventes: *Sres. Foster V. Brown, Attorney General, y J. H. Brown.* Abogados de la parte contraria: *Sres. Alvarez Nava y Domínguez.*

No. 701. ZAVALA *v*. EL PUEBLO DE PUERTO RICO ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en mayo 29, 1911. Desestimada la apelación por ser inapelable la resolución apelada. Abogados de los promoventes: *Sres. Foster V. Brown, Attorney General, y J. H. Brown.* Abogados de la parte contraria: *Sres. Alvarez Nava y Domínguez.*

No. 712. ZENGOTITA *v*. EL MUNICIPIO DE HUMACAO.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en junio 12, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 40 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Arturo Aponte, Jr.* Abogado de la parte contraria: *Sr. Manuel Tous Soto.*

No. 682. RIVERA *v*. VARGAS.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en junio 19, 1911. Desestimada la apelación por incumplimiento del artículo 42 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Alfredo Blasco Pagán.* Abogado de la parte contraria: *Sr. Juan B. Soto.*